UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-21306-COOKE/Goodman

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

    Plaintiff,

v.

U.S. CONDO EXCHANGE, LLC d/b/a CONDO.COM, RICHARD SWERDLOW, EREALESTATE HOLDINGS, LLC, and U.S. CONDO EXCHANGE INC.,

    Defendants.

_____/

**DEFENDANTS U.S. CONDO EXCHANGE, LLC D/B/A CONDO.COM AND EREALESTATE HOLDINGS, LLC'S ANSWER AND AFFIRMATIVE DEFENSES**

Defendants, U.S. CONDO EXCHANGE, LLC d/b/a CONDO.COM ("US Condo") and ERealestate Holdings, LLC ("ERealestate"; together with US Condo, the "Condo.com Defendants"), by and through their undersigned counsel, pursuant to the Federal Rules of Civil Procedure, hereby file their Answer and Affirmative Defenses to the Complaint for Copyright Infringement filed by Plaintiff, Affordable Aerial Photography, Inc. ("Plaintiff"), [ECF No. 1], and state:

**SUMMARY OF THE ACTION**

1.    The Condo.com Defendants admit that Plaintiff seeks relief under the Copyright Act, but deny the remaining allegations contained in paragraph 1 of the Complaint.

2.    The Condo.com Defendants are without knowledge sufficient to form a belief about the truth of the allegations contained in paragraph 2 of the Complaint, and therefore deny the same.

3. The Condo.com Defendants deny the allegations of paragraph 3 of the Complaint.

4. The allegations in paragraph 4 of the Complaint are not directed at the Condo.com Defendants and do not require a response. To the extent any allegations in paragraph 4 of the Complaint pertain to the Condo.com Defendants, the Condo.com Defendants deny those allegations.

5. The Condo.com Defendants deny the allegations of paragraph 5 of the Complaint.

6. The Condo.com Defendants admit the allegations of paragraph 6 of the Complaint.

7. The Condo.com Defendants deny the allegations of paragraph 7 of the Complaint.

8. The Condo.com Defendants admit that Defendant US Condo is being sued by Plaintiff in the case styled *AFFORDABLE AERIAL PHOTOGRAPHY, INC. v. US CONDO EXCHANGE, LLC dba CONDO.COM*, Case No: 1:19-cv-22285, but deny the remaining allegations contained in paragraph 8 of the Complaint.

## JURISDICTION AND VENUE

9. The Condo.com Defendants admit the allegations that Plaintiff seeks relief under the Copyright Act, but deny the remaining allegations contained in paragraph 9 of the Complaint.

10. The Condo.com Defendants admit the allegations that the Court has subject matter jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §§ 1331, 1338(a) in paragraph 10 of the Complaint.

11. The Condo.com Defendants admit the allegations that the Court has personal jurisdiction over them in the Southern District of Florida in paragraph 11 of the Complaint.

12. The Condo.com Defendants admit the allegations that venue is proper in this district because Defendants reside in this district and are subject to personal jurisdiction in this district, but deny the remaining allegations contained in paragraph 12 of the Complaint.

**DEFENDANTS**

13.     Defendant US Condo admits the allegations of paragraph 13 of the Complaint. To the extent any allegations in paragraph 13 of the Complaint pertain to Defendant ERealestate, ERealestate denies those allegations.

14.     The allegations in paragraph 14 of the Complaint are not directed at the Condo.com Defendants and do not require a response. To the extent any allegations in paragraph 14 of the Complaint pertain to the Condo.com Defendants, the Condo.com Defendants deny those allegations.

15.     Defendant ERealestate admits the allegations of paragraph 15 of the Complaint. To the extent any allegations in paragraph 15 of the Complaint pertain to Defendant US Condo, US Condo denies those allegations.

16.     The Condo.com Defendants admit the allegations of paragraph 16 of the Complaint.

17.     Paragraph 17 does not appear in the Complaint and therefore does not require a response.

**THE COPYRIGHTED WORKS AT ISSUE**

18.     The Condo.com Defendants are without knowledge sufficient to form a belief about the truth of the allegations contained in paragraph 18 and the table following paragraph 18, and therefore deny the same.

19.     The Condo.com Defendants are without knowledge sufficient to form a belief about the truth of the allegations contained in paragraph 19, and therefore deny the same.

20.     The Condo.com Defendants are without knowledge sufficient to form a belief about the truth of the allegations contained in paragraph 20, and therefore deny the same.

21.     The Condo.com Defendants are without knowledge sufficient to form a belief about the truth of the allegations contained in paragraph 21, and therefore deny the same.

## INRINGEMENT BY DEFENDANTS

22.     The Condo.com Defendants admit the allegations of paragraph 22 of the Complaint that Plaintiff did not license its photographs at issue to Defendants, but deny that Plaintiff used the photographs at issue in this action.

23.     The Condo.com Defendants deny the allegations of paragraph 23 of the Complaint.

24.     The Condo.com Defendants deny the allegations of paragraph 24 of the Complaint.

25.     The Condo.com Defendants deny the allegations of paragraph 25 of the Complaint.

26.     The Condo.com Defendants deny the allegations of paragraph 26 of the Complaint.

27.     The Condo.com Defendants deny the allegations of paragraph 27 of the Complaint.

28.     The Condo.com Defendants deny the allegations of paragraph 28 of the Complaint.

29.     The Condo.com Defendants admit the allegations in paragraph 29 of the Complaint that Plaintiff did not give Defendants permission or authority to use Plaintiff's photographs at issue, but deny that the Condo.com Defendants copied, distributed or displayed the Works at issue in this case.

30.     Paragraph 30 does not appear in the Complaint and therefore does not require a response.

31.     The Condo.com Defendants deny the allegations of paragraph 31 of the Complaint.

32.     The Condo.com Defendants admit the allegations of paragraph 32 that Plaintiff did not give Defendants permission or authority to the Condo.com Defendants to use Plaintiff's photographs at issue, but deny that the Condo.com Defendants removed copyright management information from any photographs.

## COUNT I
### COPYRIGHT INFRINGEMENT AGAINST U.S. CONDO EXCHANGE, LLC, DBA CONDO.COM, U.S. CONDO EXCHANGE, INC., AND EREALESTATE HOLDINGS LLC OF THE REGISTERED WORKS

33. The Condo.com Defendants incorporate their answers to paragraphs 1 through 32 of this Answer as if fully set forth herein.

34. The Condo.com Defendants deny the allegations of paragraph 34 of the Complaint.

35. The Condo.com Defendants are without knowledge sufficient to form a belief about the truth of the allegations contained in paragraph 35 of the Complaint, and therefore deny the same.

36. The Condo.com Defendants deny the allegations of paragraph 36 of the Complaint.

37. The Condo.com Defendants deny the allegations of paragraph 37 of the Complaint.

38. The Condo.com Defendants deny the allegations of paragraph 38 of the Complaint.

39. The Condo.com Defendants deny the allegations of paragraph 39 of the Complaint.

40. The Condo.com Defendants deny the allegations of paragraph 40 of the Complaint.

## COUNT II
### VICARIOUS COPYRIGHT INFRINGEMENT BY RICHARD SWERDLOW

The allegations in paragraph 41 through 49 of the Complaint are not directed at the Condo.com Defendants and do not require a response. To the extent any allegations in paragraph 41 through 49 of the Complaint pertain to the Condo.com Defendants, the Condo.com Defendants deny those allegations.

## COUNT III
### REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION FROM ALL WORKS AGAINST DEFENDANTS U.S. CONDO EXCHANGE, LLC DBA CONDO.COM, U.S. CONDO EXCHANGE, INC., AND EREALESTATE HOLDINGS, LLC

50. The Condo.com Defendants incorporate their answers to paragraphs 1 through 32 of this Answer as if fully set forth herein.

51. The Condo.com Defendants deny the allegations of paragraph 51 of the Complaint.

52. The Condo.com Defendants deny the allegations of paragraph 52 of the Complaint.

53. The Condo.com Defendants deny the allegations of paragraph 53 of the Complaint.

54. The Condo.com Defendants deny the allegations of paragraph 54 of the Complaint.

55. The Condo.com Defendants deny the allegations of paragraph 55 of the Complaint.

56. The Condo.com Defendants deny the allegations of paragraph 56 of the Complaint.

## COUNT IV
## VICARIOUS LIABILITY FOR REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION FOR ALL WORKS BY SWERDLOW

The allegations in paragraph 57 through 63 of the Complaint are not directed at the Condo.com Defendants and do not require a response. To the extent any allegations in paragraph 57 through 63 of the Complaint pertain to the Condo.com Defendants, the Condo.com Defendants deny those allegations.

64. The Condo.com Defendants deny that Plaintiff is entitled to any of the relief sought in their prayer for relief.

65. The Condo.com Defendants deny any and all allegations contained in the Complaint not specifically addressed in their answers above.

## JURY DEMAND

The Condo.com Defendants hereby demand a trial by jury of all issues so triable.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE– LACK OF STANDING

Plaintiff's claims are barred in whole or part because Plaintiff does not own all copyright registrations at issue, and, therefore, lacks standing to bring suit with respect to such registrations.

### SECOND AFFIRMATIVE DEFENSE – INVALIDITY

Plaintiff's claims are barred in whole or part because Plaintiff's photographs do not possess a sufficient degree of creativity and originality for copyright protection because the photographs are of existing buildings, which are useful articles. Plaintiff did not create the scene or the subject of the photographs.  Further, Plaintiff did not use any specialty angles, light or shade or exposure in the photographs of the buildings.  The photographs merely show existing buildings without any creativity or originality. Therefore, Plaintiff's copyright registrations are not valid.

### THIRD AFFIRMATIVE DEFENSE – PUBLIC DOMAIN

Plaintiff's claims are barred in whole or part because Plaintiff's photographs are of buildings or common and living areas therein which depict useful articles in the public domain. The photographs merely show existing buildings or common and living areas therein without any creativity or originality. Moreover, there have existed photographs of the same buildings for many years, including aerial views of the same buildings, for many years prior to the Plaintiff's photographs, and thus, Plaintiff's specific photographs add nothing in terms of creativity or originality. Plaintiff does not own the rights to the subject or the scene of the photographs.

### FOURTH AFFIRMATIVE DEFENSE – INNOCENT USE

Plaintiff's claims are barred and/or limited due to The Condo.com Defendants' alleged conduct being innocent and unbeknownst to Plaintiff's alleged rights to the subject photographs. The condo.com website contains millions of photographs, most of which are uploaded by third

7

parties and only some of which are procured from other, third parties. Not only does Defendant US Condo comply with the safe harbor requirements of the Digital Millennium Copyright Act, but it also provides strict instructions to third party providers of photographs, requiring that such providers properly procure photographs from reliable sources.

### FIFTH AFFIRMATIVE DEFENSE – NO INJURY

Plaintiff's claims are barred in whole or part because Plaintiff did not suffer any injury or damages that are the result or proximate result of any act, affirmative or otherwise, allegedly committed by The Condo.com Defendants.

### SIXTH AFFIRMATIVE DEFENSE – FAILURE TO DISCLAIM COPYRIGHT COMPONENTS

On its copyright applications, Plaintiff failed to disclaim the protectable copyright elements appearing in the photographs, including those relating to the architectural features of the buildings included in its compilation of pictures of buildings. Thus, the copyrights are invalid and/or unenforceable.

### SEVENTH AFFIRMATIVE DEFENSE – FAIR USE

Plaintiff's claims are barred in whole or part because Plaintiff's photographs are factual works and The Condo.com Defendants's use of such works constitutes fair use. Plaintiff's photographs are factual in nature because the photographs are photographs of existing buildings buildings or common and living areas therein in the general public. Such aerial photographs of the buildings shown in the photographs have existed for many years, even predating Plaintiff's photographs. Further, The Condo.com Defendants was never involved in the sale or lease of the real property that is the subject of the accused infringing photographs in this case.

### EIGHTH AFFIRMATIVE DEFENSE – SCENES A FAIRE DOCTRINE

Plaintiff's claims are barred in whole or part because the settings of Plaintiff's photographs

constitute scenes a faire. Plaintiff's photographs are of buildings, or common and living areas therein, which are standard and indispensable in the treatment of topics, including real estate topics, related to such buildings. Moreover, such aerial photographs of the buildings shown in the photographs have existed for many years, even predating Plaintiff's photographs.

## NINTH AFFIRMATIVE DEFENSE – FAILURE TO MITIGATE DAMAGES

Plaintiff's claims are barred in whole or in part due to its failure to mitigate damages. After being put on notice of Defendant US Condo's DMCA notice and takedown process, Plaintiff did not send a takedown notice to Defendant US Condo's agent, but instead filed this lawsuit. Defendant US Condo, immediately upon learning of Plaintiff's belief that Plaintiff's photographs at issue were infringed, ceased all use of the alleged photographs and attempted to negotiate with Plaintiff, in good faith, to resolve any dispute and avoid further litigation in this matter. Plaintiff refused to provide Defendant US Condo with any offer to resolve this dispute prior to filing the lawsuit. The condo.com website contains millions of photographs, most of which are uploaded by third parties, making it nearly impossible for The Condo.com Defendants to know, absent Plaintiff's notification, which photographs allegedly infringed Plaintiff's copyrights. Plaintiff only just recently provided its demand to The Condo.com Defendants.

## TENTH AFFIRMATIVE DEFENSE – DE MINIMIS USE

Any purported use of Plaintiff's photographs by the Condo.com Defendants was de minimus use.

## ELEVENTH AFFIRMATIVE DEFENSE – DEFENDANTS ARE PROTECTED UNDER 17 U.S.C. § 512 SAFE HARBOR PROVISIONS

After being put on notice of Defendant US Condo's DMCA notice and takedown process, Plaintiff did not send a takedown notice to Defendant US Condo's agent, but instead filed this lawsuit. Defendant US Condo, immediately upon learning of Plaintiff's belief that Plaintiff's

photographs at issue were infringed, ceased all use of the alleged photographs and attempted to negotiate with Plaintiff, in good faith, to resolve any dispute and avoid further litigation in this matter. Defendants are not liable for money damages related to any purported infringement of the photographs at issue because Defendants are protected under the 17 U.S.C. § 512 safe harbor provisions.

### TWELFTH AFFIRMATIVE DEFENSE – MERGER DOCTRINE

Plaintiff's claims are barred in whole or part under the merger doctrine because Plaintiff's photographs are not eligible for copyright protection where an idea and its expression are inseparable—i.e., the idea can effectively be expressed in only one way. Ideas that can only be expressed in one way may not be monopolized. Plaintiff's photographs merely show existing buildings or common and living areas therein without any creativity or originality. Moreover, there have existed photographs of the same buildings for many years, including aerial views of the same buildings, for many years prior to the Plaintiff's photographs, and thus, Plaintiff's specific photographs add nothing in terms of creativity or originality.

### THIRTEENTH DEFENSE – FAILURE TO STATE A CAUSE OF ACTION

Plaintiff's claims are barred in whole or part because it does not have copyright registrations, which is prerequisite to bringing a copyright infringement lawsuit, for several of its pictures at issue, as explained in Defendants' Motion to Dismiss for failure to state a cause of action.

Dated: May 7, 2020                        Respectfully submitted,

                                                     By: s/Darlene Barron
                                                     Darlene Barron, Esq.
                                                     Florida Bar No. 108873
                                                     dbarron@lex188.com
                                                     William R. Trueba, Jr., Esq.
                                                     Florida Bar No. 117544
                                                     wtrueba@lex188.com
                                                     Roberto M. Suarez, Esq.
                                                     Florida Bar No. 95762
                                                     rsuarez@lex188.com

                                                     TRUEBA & SUAREZ, PLLC
                                                     9150 S. Dadeland Blvd., Suite 1008
                                                     Miami, Florida 33156
                                                     Telephone: (305) 482-1001
                                                     Facsimile:  (786) 516-2826

                                                     *Counsel for Defendants, U.S. Condo Exchange, LLC, d/b/a Condo.com, Richard Swerdlow, ERealestate Holdings, LLC, and U.S. Condo Exchange Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                     By: s/Darlene Barron
                                                     Darlene Barron, Esq.
                                                     Florida Bar No. 108873

**SERVICE LIST**

*Affordable Aerial Photography, Inc. v. U.S. Condo Exchange, LLC, d/b/a Condo.com, et al*
Case No. 1:20-cv-21306-COOKE/Goodman
United States District Court, Southern District of Florida

| | |
|---|---|
| Joel B. Rothman<br>Florida Bar No. 98220<br>joel.rothman@sriplaw.com<br>Jason S. Weiss<br>Florida Bar No. 356890<br>jason.weiss@sriplaw.com<br>Craig A. Wirth<br>Florida Bar No. 125322<br>Craig.wirth@sriplaw.com<br><br>SRIPLAW<br>21301 Powerline Road, Suite 100<br>Boca Raton, FL 33433<br>Telephone:   (561) 404-4350<br>Facsimile:    (561) 404-4353<br><br>*Counsel for Plaintiff, Affordable Aerial Photography, Inc.*<br><br>**Via CM/ECF** | William R. Trueba, Jr., Esq.<br>Florida Bar No. 117544<br>wtrueba@lex188.com<br>Roberto M. Suarez, Esq.<br>Florida Bar No. 95762<br>rsuarez@lex188.com<br>Darlene Barron, Esq.<br>Florida Bar No. 108873<br>dbarron@lex188.com<br><br>TRUEBA & SUAREZ, PLLC<br>9150 S. Dadeland Blvd., Suite 1008<br>Miami, FL 33156<br>Telephone:   (305) 482-1001<br>Facsimile:    (786) 516-2826<br><br>*Counsel for Defendants, U.S. Condo Exchange, LLC, d/b/a Condo.com, Richard Swerdlow, ERealestate Holdings, LLC, and U.S. Condo Exchange Inc.*<br><br>**Via CM/ECF** |